```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

   - against -

MICHAEL MESSINA, ET AL.,

     Defendants.

22-cr-212 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The application by John Campanella for a modification of his bail conditions, ECF No. 76, is **denied**. The current bail conditions including home detention and prior approval of contacts are reasonable conditions calculated to achieve the purposes of pre-trial release.

SO ORDERED.

Dated: New York, New York
    September 19, 2022

            _____
             John G. Koeltl
            United States District Judge