

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
9/29/22

September 28, 2022

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007-1312
Via ECF

RE: United States v. Michael Messina, et. al. 22 CR 212 (JGK)
John Campanella Request for Travel to Orchard with Family

Your Honor:

We request Mr. Campanella be permitted to travel with his wife and young daughters to their yearly apple picking excursion on Saturday, October 1, 2022. We also request a rain date if Hurricane Ian is also here this Saturday. The rain date would be for the following weekend.

I write with the endorsement of Pre-trial Services; the Government does not object to this request.

The proposed location is: Barton Orchards, 63 Apple Tree Lane, Poughquag, NY 12570.

No other stops would be made along the way (except if a child needed a restroom). The proposed travel times would be leaving the home at 11:00 a.m. and returning by 5:00 p.m.

I look forward to the direction of the Court.

Most respectfully,

Stacey Richman

cc:
U.S. Pre-Trial Office Ashley Cosme
AUSA Celia V. Cohen