March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

Micheal Messina et al
Defendant(s).

22 -CR- (212)(JGK)

----------------------------------------------------------------X

Defendant __John Campanella__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_JC_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_John Campanella_
Print Defendant's Name

Defense Counsel's Signature

_Stacey Richman_
Print Defense Counsel's Name

on 10/27/22
This proceeding was conducted by reliable teleconference technology.

_11/1/22_
Date

U.S. District Judge/U.S. Magistrate Judge