

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

November 18, 2022

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007-1312
Via ECF

RE: United States v. Michael Messina, et. al. 22 CR 212 (JGK)
John Campanella Request To Attend Aunt's Funeral on Monday 11/21/22

Your Honor:

I write with the consent of U.S. Pre-Trial Officer Ashley Cosme and the Government.

Mr. Campanella's aunt, Geraldine Moscatiello, passed last night. The funeral service will be at OLA Church for an 11 a.m. Mass at 1649 Parkview Avenue, Bronx, New York 10461. The burial will be at St. Raymond's Cemetery, 2600 Lafayette Avenue, Bronx, New York, 10465.

Please note that thus aunt was his mother's sister and a great support to the family in the wake of Mr. Campanella's mother's passing from Covid during the flush of the pandemic.

I look forward to the direction of the Court.

Most respectfully,

Stacey Richman

cc:
U.S. Pre-Trial Office Ashley Cosme
AUSA Celia V. Cohen

*Permission to attend the funeral and burial is granted.*

*So ordered.*

*11/18/22*  *JGKoeltl USDJ*