THE LAW OFFICES OF

# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

December 16, 2022

APPLICATION GRANTED
SO ORDERED

_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.
12/19/22

Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007

RE: United States v. John Campanella
22-cr-00212 (JGK)
Request To Go To Daughter's Christmas Show

Your Honor:

The Government has no objection to this request, subject to Pre-Trial's approval. Pre-trial has noted again that Mr. Campanella has been completely compliant with all supervision. Pre-trial directed I seek the leave of the court.

By email Pre-Trial Officer Cosme, writing from her sick bed sent her consent:

Ashley Cosme <Ashley_Cosme@nyspt.uscourts.gov>
To:You
Cc: Cohen, Celia (USANYS) 1; Madalyn Toledo

Sat 12/17/2022 10:59 AM

We have no objection. Thanks, Stacey. Feeling much better. Happy holidays to you bot

It is requested that Mr. Campanella be permitted to attend his daughter's Christmas show on December 20, 2022 at 1 p.m. The Government requested Mr. Campanella provide a specific time frame when he will be out of the house.

We look forward to your grace.

Most respectfully,

Stacey Richman

cc:
AUSA Celia Cohen, Esq.
Pre-Trial Officer Cosme