THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

January 4, 2023

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007-1312
<u>Via ECF</u>

RE: United States v. Michael Messina, et. al. 22 CR 212 (JGK)
John Campanella Request To Attend Daughter's Birthday event

Your Honor:

I write with the consent of U.S. Pre-Trial Officer Ashley Cosme and the Government.

Mr. Campanella's daughter's fourth birthday is coming up on January 15th. She[1] has been asking to go to a local restaurant with her dad for a meal. The Campanella's were wondering if it was possible for John to attend a luncheon on January 14th for his daughter. The only people in attendance would be those already approved by the Government. The hope was for a luncheon at 1 o'clock in the afternoon. It is requested John be able to leave at 12:30 p.m. and return home by 5:30 p.m. The name and address of the restaurant will be provided to the Government and Pre-Trial Officer Cosme.

I look forward to the direction of the Court.

Most respectfully,

Stacey Richman

cc:
U.S. Pre-Trial Office Ashley Cosme
AUSA Celia V. Cohen

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
1/6/23   John G. Koeltl, U.S.D.J.

---

[1] Counsel is not listing the child's name in this letter as it will be public on ECF.