

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

February 7, 2023

Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007

> RE: United States v. John Campanella
> 22-cr-00212 (JGK)
> Request To Take Wife To Dinner For Her Birthday

Your Honor:

    The Government has no objection to this request, subject to Pre-Trial's approval. Pre-Trial Officer Cosme wrote via email: "As per our policy we do not consent to social event requests for individuals on home detention however, I will note that John remains in full compliance."

    It is requested that Mr. Campanella be permitted to take his wife to dinner on Friday 2/17/22 for her birthday from 6 – 11 p.m. The restaurant is in New Rochelle and has been provided to both the Government and Pre-Trial.

    We look forward to your grace.

Most respectfully,

Stacey Richman

cc:
AUSA Celia Cohen, Esq.
Pre-Trial Officer Cosme

APPLICATION GRANTED
SO ORDERED

2/7/23

John G. Koeltl, U.S.D.J.