THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

September 18, 2023

The Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007
VIA ECF

RE: United States v. John Campanella
Indictment No. S1 22 CR 212 (JGK)
Request For Removal Of Bracelet In Anticipation of Surrender

Your Honor:

I write at the suggestion of Pre-Trial Services.

At sentencing on 7/6/23 Mr. Campenella was directed to voluntarily surrender on 9/29/23 (See, ECF 183.)

Mr. Campenella's designation, however, requires his voluntary surrender this Saturday, September 23, 2023. Mr. Campanella and family wish to travel to be by the prison the night before so that he is not late for his responsibilities. They have reserved a hotel and advised Pre-Trial of their arrangements.

Pre-trial has requested I seek the permission and endorsement of the Court to have his bracelet removed before September 22, 2023. The removal will facilitate Pre-Trial and permit the family to be in Pennsylvania near the facility.

Most respectfully,

Stacey Richman

cc:
AUSA Celia Cohen, via email: Celia.cohen@usdoj.gov and ECF
AUSA Rushmi Bhaskaran, via email: Rushmi.Bhaskaran@usdoj.gov and ECF
AUSA Justin Rodriguez, via email: Justin.Rodriguez@usdoj.gov and ECF
USPO Ashely Cosme, via email: Ashley_Cosme@nyspt.uscourts.gov and ECF

APPLICATION GRANTED
SO ORDERED

9/19/23
John G. Koeltl, U.S.D.J.